# Third District Court of Appeal
## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2144
Lower Tribunal No. AJKV6AE

_____

**Nichole Lynette Marks,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Carlos J. Martinez, Public Defender and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General and Jason Michael Ross, Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.